IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOROTHY SIMS,                          )
                                       )
              Plaintiff,               )
                                       )
         v.                            )        1:24CV1081
                                       )
FRANK J. BISIGNANO,                    )
COMMISSIONER OF SOCIAL                 )
SECURITY,                              )
                                       )
              Defendant.               )

## ORDER

On November 26, 2025, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  Plaintiff objected to the Recommendation.  (Doc. 14.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report.  The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, Plaintiff's Dispositive Brief (Doc. 8) is DENIED, Defendant's Dispositive Brief (Doc. 9) is GRANTED, and the action is DISMISSED with prejudice.

/s/   Thomas D. Schroeder
                                  United States District Judge

January 13, 2026